Robert Amador, Esq. (State Bar #269168)
Centennial Law Offices
155 South First St. #2121
Orcutt, CA 93457
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com


Attorney for Plaintiff
RONDA ANDERSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDA ANDERSON,<br>        Plaintiff,<br><br>v.<br><br>GILBERT BRENNAN;<br>MIGUEL GUZMAN;<br>MARCO MCKITHEN;<br>and DOE 1-2,<br>        Defendants. | Case No. 5:23-cv-01845-KK-SP<br><br>PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT<br><br>MOTION DATE: MAY 15, 2025<br>TIME: 9:30 A.M.<br>HON. KENLY KIYA KATO |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORDS:**

   PLEASE TAKE NOTICE that on May 15, 2025, at 9:30 a.m., or as soon thereafter as this matter may be heard, Plaintiff will present the Honorable Judge Kenly Kiya Kato, or any judge sitting in her stead, in the United States

1

Courthouse, 3470 12th Street, 3rd Floor, Courtroom 3, Riverside, CA 92501, with the Motion for Default Judgment and Attorney's Fees attached hereto for an order granting entry of Default Judgment against defendants GILBERT BRENNAN, MIGUEL GUZMAN, and MARCO MCKITHEN, and to award Plaintiff $16,484.78 in damages, including his attorney's fees and costs.

April 14, 2025                              s/Robert Amador
                                            ROBERT AMADOR, ESQ.
                                            Attorney for RONDA ANDERSON

# CERTIFICATE OF SERVICE

I certify that on April 14, 2025, I caused the copy of the foregoing Plaintiff's Notice of Motion for Default Judgement, First Class U.S. Mail, to the following parties:

Marco McKithen
2504 SW Hickory Ln
Lees Summit, MO 64082

Gilbert Brennan
86 Eiseman Ave
Buffalo, NY 14217

Miguel Guzman
1400 Nw 70th Way
Plantation, FL 33313

<u>s/Robert Amador</u>
ROBERT AMADOR, ESQ.
Attorney for Plaintiff
Centennial Law Offices
155 South First St. #2121
Orcutt, CA. 93457
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com