Robert Amador, Esq. (State Bar #269168)
Centennial Law Offices
155 South First St. #2121
Orcutt, CA 93457
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com

Attorney for Plaintiff
RONDA ANDERSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDA ANDERSON, | Case No. 5:23-cv-01845-KK-SP |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| GILBERT BRENNAN; MIGUEL GUZMAN; MARCO MCKITHEN; and DOE 1-2 | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that plaintiff RONDA ANDERSON and defendant MARCO MCKITHEN have reached a structured settlement in the above-captioned case, contingent upon the Court keeping the case open or otherwise permitting the case to be re-opened until the structured settlement is

1

consummated. Plaintiff expects the structured settlement to be consummated by September 1, 2025, at which time Plaintiff will file a dismissal of the entire action with prejudice.

May 6, 2025                                         s/Robert Amador
                                                    ROBERT AMADOR, ESQ.

# **CERTIFICATE OF SERVICE**

I certify that on this date, May 6, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties receiving ECF notices.

s/Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff
Centennial Law Offices
155 South First St. #2121
Orcutt, CA. 93457
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com
